NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHICON LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL OPERATIONS, INC., INTUITIVE SURGICAL HOLDINGS, LLC, INTUITIVE SURGICAL S. DE R.L. DE C.V.,**
*Intervenors*

---

2022-1111

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1167.

-------------------------------------------------

**INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL OPERATIONS, INC., INTUITIVE SURGICAL HOLDINGS, LLC, INTUITIVE SURGICAL S. DE R.L. DE C.V.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ETHICON LLC,**
*Intervenor*

—————————————

2022-1463

—————————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1167.

—————————————

**ON MOTION**

—————————————

**O R D E R**

Upon consideration of the unopposed motion of Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc. Intuitive Surgical Holdings, LLC, and Intuitive Surgical S. de R.L. de C.V. to voluntarily dismiss Appeal No. 2022-1463,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2022-1463 is dismissed. The revised official caption for the remaining appeal, Appeal No. 2022-1111, is reflected above.

(2) Each side shall bear its own costs in Appeal No 2022-1463.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

ETHICON LLC v. ITC                                                    3

    (4) The International Trade Commission's responsive brief in Appeal No. 2022-1111 remains due no later than July 20, 2022.

                                 FOR THE COURT

July 19, 2022                                          /s/ Peter R. Marksteiner
    Date                                              Peter R. Marksteiner
                                            Clerk of Court

ISSUED AS A MANDATE (as to 2022-1463 only):
July 19, 2022